| United States Bankruptcy Court<br>Northern District of Iowa | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Miell, Robert, K** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **9819** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2617 Diamondwood Dr. S.E.**<br>**Cedar Rapids, IA**    ZIP CODE **52403** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Linn** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**1956 First Ave. NE Suite C**
**Cedar Rapids, IA**    ZIP CODE **52402**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| [x] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>[ ] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[x] Other | [ ] Chapter 7   [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>[ ] Chapter 9<br>[x] Chapter 11   [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>[ ] Chapter 12<br>[ ] Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>[ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>[ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   [x] Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| [x] Full Filing Fee attached<br><br>[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>[ ] A plan is being filed with this petition<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Robert K Miell** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X  **Not Applicable**  _____ Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Robert K Miell |

# Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **/s/ Robert K Miell** | X **Not Applicable** |
| Signature of Debtor   **Robert K Miell** | (Signature of Foreign Representative) |
| X **Not Applicable** | |
| Signature of Joint Debtor | (Printed Name of Foreign Representative) |
| Telephone Number (If not represented by attorney) | |
| **5/28/2009** | |
| Date | Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X **/s/ Jerrold Wanek** | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| Signature of Attorney for Debtor(s) | |
| **Jerrold Wanek   Bar No.   IS9998937** | |
| Printed Name of Attorney for Debtor(s) / Bar No. | |
| **Garten & Wanek** | |
| Firm Name | |
| **835 Insurance Exchange Building 505 FIfth Ave.** | |
| Address | |
| **Des Moines, IA 50309-2317** | **Not Applicable** |
| | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **(515) 243-1249**          **(515) 244-4471** | |
| Telephone Number | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **5/28/2009** | |
| Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Address |

| Signature of Debtor (Corporation/Partnership) | X **Not Applicable** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person. |
| X **Not Applicable** | |
| Signature of Authorized Individual | |
| Printed Name of Authorized Individual | |
| Title of Authorized Individual | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Date | |

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Iowa

In re **Robert K Miell** _____     Case No. _____
Debtor                                                                    *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

**B 1D (Official Form 1, Exh. D) (12/08) – Cont.**

❏    Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏    Active military duty in a military combat zone.

❏    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Robert K Miell**
                        **Robert K Miell**

Date:    **5/28/2009**

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Iowa

In re  **Robert K Miell**                                     ,   Case No. _____

Debtor

Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Dean Slight**<br>1356 Hinkley Ave Nw<br>Cedar Rapids, IA 52403 | | | | $60.00 |
| **Bank of America**<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | | | | $115,228.02 |
| **Wells Fargo**<br><br>Payment Remittance Center<br>P.O. Box 6412<br>Carol Stream, IL 60197 | | | | $95,773.88 |
| **HSBC Business Solutions**<br>P.O. Box 5219<br>Carol Stream, IL 60197-5219 | | | | $65,226.23 |
| **Citi Cards**<br>P.O. Box 688911<br>Des Moines, IA 50368-8911 | | | | $55,098.03 |
| **Capital One**<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492 | | | | $40,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Robert K Miell** _____ , Case No. _____

_____ Debtor

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Kutmus and Pennington**<br>**604 Locust St., Ste. 618**<br>**Des Moines, IA 50309** | | | | **$35,000.00** |
| **Wells Fargo Card Services**<br>**P.O. Box 6412**<br>**Carol Stream, IL 60197** | | | | **$25.155.91** |
| **Plumb Supply Company**<br>**1622 N.E. 51st Avenue**<br>**P.O. Box 4558**<br>**Des Moines, IA 50305-4558** | | | | **$19,904.55** |
| **Citibusiness Card**<br>**P.O. Box 688907**<br>**Des Moines, IA 50368-8907** | | | | **$15,410.50** |
| **Wells Fargo Card Services**<br><br>**PO Box 6412**<br><br>**Carol Stream Il 60197-6412** | | | | **$15,199.58** |
| **Fowler Electric**<br>**651 58th Avenue Court S.W.**<br>**Cedar Rapids, IA 52404-4815** | | | | **$14.808.46** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Robert K Miell** _____ ,  Case No. _____

_____ Debtor    Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Collins Community Credit Union Visa**<br>**P.O. Box 9147**<br>**Des Moines, IA 50306-9147** | | | | **$12,964.51** |
| **Mastercard**<br>**P.O. Box 10409**<br>**Des Moines, IA 50306-9147** | | | | **$12.918.37** |
| **Discover Card**<br>**P.O. Box 6103**<br>**Carol Stream, IL 60197-6103** | | | | **$12,071.57** |
| **B&D Total Services**<br>**3069 Quonset Avenue**<br>**Rowley, IA 52329** | | | | **$10,759.00** |
| **Randy's Carpet & Interiors**<br>**401 2nd Street**<br>**Coralville, IA 52241** | | | | **$9,482.12** |
| **HSBC Retail Services**<br>**Dept. 7680**<br>**Carol Stream, IL 60116-7680** | | | | **$8,531.89** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Robert K Miell** _____ ,    Case No. _____

Debtor                                                    Chapter    11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Bank of the West**<br>**Bankcard Center**<br>**P.O. Box 4057**<br>**Concord, CA 94524-4057** | | | | **$8,428.71** |
| **Simmons Perrine Moyer Bergman**<br>**115 3rd St. S.E., Ste. 1200**<br><br>**Cedar Rapids, IA 52401-1266** | | | | **$5.500.00** |
| **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** | | | | **$5,151.93** |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

```
A-1 Disposal Service, Inc.
P.O. Box 2456
Cedar Rapids, IA 52406-2456



Aaron & Janet Choplick
3512 Ardsley Ln SW
Cedar Rapids, IA 52404



Aaron & Tracy Moffett
2695 14th Ave
Marion, IA 52233



ABC Disposal Systems, Inc.
P.O. Box 86
Hiawatha, IA 52233-0086



Abraham Simon
4647 Urbana Rd
Center Point, IA 52213



Al Smith
4401 Navajo Dr NE
Cedar Rapids, IA 52402



Alan Carson
3231 Tamara Dr. S.W.
Cedar Rapids, IA 52404



Alan Heeren
1701 Jackson Dr.
Marion, IA 52302



Albert Erwine & Wanda Erwine
5408 Pinegrove Dr. N.E.
Cedar Rapids, IA 52402
```

Alec Guinn
131 21st Street NE
Cedar Rapids, IA 52402


Alexander Ratkewicz
205 B Ave
Hiawatha, IA 52233


Allen & Julie Brown
112 E. Willman
Hiawatha, IA 52233


Allen Clark
41 Ash Dr
Marion, IA 52032


Alliant Energy
P.O. Box 3066
Cedar Rapids, IA 52406-3066


Allyn Secor
704 34th St SE
Cedar Rapids IA 52403


Amber Hutchins
64 Leisure Blvd NE
Cedar Rapids, IA 52402


Amber Phelps
1703 E Avenue NE Apt 1
Cedar Rapids, IA 52402


American Family Insurance

C/o David Fowler
Bradshaw Fowler Proctor & Fairgrave
801 Grand Ave Suite 700

Amine & cherifa Benziane
6522 Brookview Ln NE
Cedar Rapids, IA 52402


Amy Watson & Matt Garbers
2912 Iris Ave. N.W.
Cedar Rapids, IA 52405


Andrew & Jeanine Cruse
2820 3rd Avenue
Marion, IA 52302


Andrew & Jessica Galarza
238 W 3rd Ave
Alburnett, IA 52202


Andrew Mehmen
1604 Hillside Dr NW
Cedar Rapids, IA 52404


Angel Turner
5621 Plainview Dr NW
Cedar Rapids, IA 52405


Angela and Jairo Alvarado
4961 Tama St Apt 4
Marion, IA 52302


Angela Kappeler
5420 Vermont St SW
Cedar Rapids, IA 52404


Angela Roper-Ellis
2611 1st Ave Se
Cedar Rapids, IA 52403

```
Angelia Shea
2042 Bever Ave SE
Cedar Rapids, IA 52403



Ann & Everett Thomas
1703 E Avenue NE Apt 4
Cedar Rapids, IA 52402



Anton Simanek
3747 G Avenue N.E.
Cedar Rapids, IA 52402



Antonio Vega
1303 Oakland Rd. NE
Cedar Rapids, IA 52402



April & Carl Thompson
1165 4th Ave
Marion, IA 52233



Aquatic Design
1754 D Avenue N.E.
Cedar Rapids, IA 52402-5234



Aric Luck & Lee Oniell
151Brentwood Dr. NE
Cedar Rapids, IA 52402



Ashley Phelps, Leslie Hines &
Ashlie Mastain
1617 Center Point Rd NE
Cedar Rapids, IA 52402



Ashley Shrock
205 3/4 B Ave Room 5
Hiawatha, IA 52233
```

```
Asiah Vance & Frankie Wells
2900 Meadowbrook Dr SE
Cedar Rapids, IA 52403



Ayla Walker
2922 O Ave NW #6
Cedar Rapids, IA 52405



B&D Total Services
3069 Quonset Avenue
Rowley, IA 52329



Bahlol Muzamil
4002 Westover Rd SE Apt 4
Cedar Rapids, IA 52403



Bank Iowa
7045 C Avenue N.E.
Cedar Rapids, IA 52402



Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726



Bank of America
P.O. Box 9000
Getzville, NY 1406-9001



Bank of America
Business Card
P.O. Box 15710
Wilmington, DE 19886-5710



Bank of the West
Bankcard Center
P.O. Box 4057
Concord, CA 94524-4057
```

Bank of the West
700 1st Ave. N.E.
Cedar Rapids, IA 52402

Bankers Trust
221 3rd Avenue S.E.
Cedar Rapids, IA 52403

Barb Mcmurrin  & Linda Esparza
2300 Upland Dr SE
Cedar Rapids, IA 52403

Barbara Lau
3212 Kenrich Dr. S.W. #3
Cedar Rapids, IA 52404

Barry Sojka
220 Clymer Rd. #2
Hiawatha, IA 52233

Benjamin Weber
2455 5th Ave #2
Marion, IA 52302

Beth EStrada
3212 Kenrich Dr. S.W. #4
Cedar Rapids, IA 52404

Beverly Dittmar
1731 K Avenue N.E.
Cedar Rapids, IA 52402

Bevin Rice, Trent Becker
& Brandee Pettengill
2600 1st Ave. N.E.
Cedar Rapids, IA 52402

Bob Sorenson & Gwen White
1329 B Ave NW
Cedar Rapids, IA 52405

Bob Thurness
1000 Dry Creek Lane
Marion, IA 52302

Brandi & Warren Kancey
1236 O Avenue Pl. N.E.
Cedar Rapids, IA 52402

Brett & Trisha Neal
3548 Redbud Rd NE
Cedar Rapids, IA 52402

Brette Carney
511 30th St SE
Cedar Rapids, IA 52403

Brian Bock
846 25th St NE Unit B
Cedar Rapids, IA 52402

Brian Coffin
6600 Inwood Ln NE
Cedar Rapids, IA 52402

Brian Perry
599 7th St. #4
Marion, IA 52302

Brian Servart
217 W Union
Colwich, KS 67030

Brian Weber
2400 N Avenue NW
Cedar Rapids, IA 52405


Brittany Green & Ron Ellis
1234 O Ave. Pl. N.E.
Cedar Rapids, IA 52402


Brittany Honer & James Ansell
3006 Wodland Dr. S.W. Lower
Cedar Rapids, IA 52404


Brittany Mitchell
220 Clymer Rd. #1
Hiawatha, IA 52233


Bruce Carder
1005 Bridgit Ct SE Unit 1
Cedar Rapids, IA 52403


Bryan & Tonya Lucke
1717 Wilson Ave SW
Cedar Rapids, IA 52404


Byron Cooper
613 Broderick Dr NE
Cedar Rapids, IA 52402


Callie Chatterton & Megan Livengood
131 33rd St NE
Cedar Rapids, IA 52402


Calvin Dart
3900 E Ave NE
Cedar Rapids, IA 52402

Camille Koenke
3728 C Avenue Ne
Cedar Rapids, IA 52402


Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492


Carmelia McDaniel
4002 Westover Rd SE Apt 3
Cedar Rapids, IA 52403


Carrie & Gerald Jackson
2791 Salem Dircle
Marion, IA 52302


Carver Ace Hardware
3825 Cener Pt. Rd. N.E.
Cedar Rapids, IA 52402


Casey Obrien
1221 O Ave. Pl.N.E.
Cedar Rapids, IA 52402


Casma Torres & Rihselina Barnabas
4705 Oakland Rd. N.E.
Cedar Rapids, IA 52402


Cassandra Sweeney
2909 E Avenue N.E.
Cedar Rapids, IA 52402


Catherine Sievers
1420 Parkview Dr.
Marion, IA 52302

Cathy Peters & Steve Godber
2219 Kenrich Dr. S.W. #1
Cedar Rapids, IA 52404


Cedar Rapids Municipal Utilities
P.O. Box 3255
Cedar Rapids, IA 52406-3255


Chad Mensen
2922 O Ave NW #10
Cedar Rapids, IA 52405


Chandra Freeman
100 3rd Avenue
Hiawatha, IA 52233


Charles Adams
4012 21st Ave SW Apt 4
Cedar Rapids, IA 52404


Charles Rodenhizer
201 27th St. Dr. S.E.
Cedar Rapids, IA 52403


Chase Manhattan
P.O. Box 24696
Columbus, OH 43224


Chase

Cardmember Services
PO Box 15548


Chastity Longstreet
1217 O Ave. Pl. N.E.
Cedar Rapids, IA 52402

Cheryl Bloom
2072 Linn Blvd SE
Cedar Rapids, IA 52403


China Reed
6537 Asbury Ln NE
Cedar Rapids, IA 52402


Chris Merck & Lucas Meyer
1948 Park Ave SE
Cedar Rapids, IA 52403


Christie McGuigan
304 9th Ave
Hiawatha, IA 52233


Christine Michalec
605 Broderick Dr. NE
Cedar Rapids, IA 52402


Christy Fuller
1271 38th St SE
Cedar Rapids, IA 52403


Christy Gladden
855 Knollcrest Dr
Marion, IA 52302


Cindy & Aldaberto Deleon
440 Valleyview Dr.
Marion, IA 52302


Citi Cards
P.O. Box 688911
Des Moines, IA 50368-8911

Citibusiness Card
P.O. Box 688907
Des Moines, IA 50368-8907

CitiMortgage
1000 Technology Dr.
Ofallen, MO 63368-2240

City of Hiawatha
101 Emmons St.
Hiawatha, IA 52233

City of Marion
1225 6th Ave.
Marion, IA 52302

City Treasurer - Fire Inspections
P.O. Box 2148
Cedar Rapids, IA 52402

Clark & Thaddy Woods
1026 Eastern Dr SE
Cedar Rapids, IA 52403

Clem & Lisa Primer
418 Gwendolyn Dr NE
Cedar Rapids, IA 52402

Clyde Bauer
434 Crimson Dr. N.E.
Cedar Rapids, IA 52402

Collins Community Credit Union
1150 42nd St. N.E.
Cedar Rapids, IA 52402

Collins Community Credit Union Visa
P.O. Box 9147
Des Moines, IA 50306-9147


Community Savings Bank
3414 Mt. Vernon Road S.E.
Cedar Rapids, IA 52403


Copyworks
4837 1st Avenue S.E.
Cedar Rapids, IA 52402


Corey Eckley & Nicole Wallace
253 Jacolyn Dr NW
Cedar Rapids, IA 52405


Corridor Carpet Cleaning
P.O. Box 10345
Cedar Rapids, IA 52410


Countrywide
4500 Park Granada
Calabasas, CA 91302


Courtney Holcomb & Timothy Deboer
514 32nd St NE
Cedar Rapids, IA 52402


Craig and Shanan Klink
1911 Northbrook Dr NE
Cedar Rapids, IA 52402


Craig Martin & Judy Mounts
415 36th St NE
Cedar Rapids, IA 52402

Craig Wiedemeier
436 35th St NE
Cedar Rapids, IA 52402


Crystal Severson
380 Clymer Rd.
Hiawtha, IA 52233


Crystal Watson
168 Brentwood Dr NE
Cedar Rapids, IA 52402


CSC Credit Services
652 N. Sam Houston Parkway E.
Houston, TX 77060


Dale Kiefer
2527 Franklin Ave NE
Cedar Rapids, IA 52402


Daniel Bruck
6604 Kent Dr. N.E.
Cedar Rapids, IA 52402


Daniel Fitzpatrick
940 Eisenhower Rd. #3
Hiawtha, IA 52233


Danny & Melina Abram
3417 Eastern Blvd. N.E.
Cedar Rapids, IA 52402


Danny Yuska
715 31st St NE
Cedar Rapids, IA 52402

Daphne & Travis Nehaus
1212 31st St Ne
Cedar Rapids, IA 52402


Darcy Russell
611 Broderick Dr NE
Cedar Rapids, IA 52402


Darlene Youker
280 Alma Dr NW
Cedar Rapids, IA 52405


Darrel Dennis
2623 1st Ave SE
Cedar Rapids, IA 52403


Darren & Tammy Parks
221 8th St NW
Mount Vernon, IA 52314


Darren and Christina Olson
217 Windsor Dr NE
Cedar Rapids, IA 52402


Darryl Murray
1017 20th St SE
Cedar Rapids, IA 52403


Dave Techau
1785 Valleyview Dr
Marion, IA 52302


David & Jennifer Dutton
6511 Boxwood Ln NE
Cedar Rapids, IA 52402

David and Alexandra Matthews
1430 Woodside Dr NW
Cedar Rapids, IA 52405

David Overman
2912 O Avenue NW #12
Cedar Rapids, IA 52405

Dean Slight
1356 Hinkley Ave Nw
Cedar Rapids, IA 52403

Deanna LIndo
4514 Navajo Dr NE
Cedar Rapids, IA 52402

Debbie Welsh
2901 Oakland Rd NE
Cedar Rapids, IA 52402

Deborah & Charles Williams
2310 A Avenue NE
Cedar Rapids, IA 52402

Delbert Parish & Amanda Tatro
3005 E Avenue N.E.
Cedar Rapids, IA 52402

Delores Wilson & Michael Boyd
935 25th St SE
Cedar Rapids, IA 52403

Denia Davis
2400 11th St SE
Cedar Rapids, IA 52403

Dennis & Mary Studt
3909 Pinetree Dr. N.E.
Cedar Rapids, IA 52402


Dennis Company, Inc.
203 30th St. Dr. S.E.
Cedar Rapids, IA 52403


Dennis Duda
2301 Larick Dr.
Marion, IA 52032


Dennis McMurrin & Barb Larimore
1110 19th St. S.E.
Cedar Rapids, IA 52403


Dian & David Treptow
1641 Center St NE
Cedar Rapids, IA 52402


Diana Garrett & Tony Wilson
622 Knoll St. S.E.
Cedar Rapids, IA 52403


Dick & John Dixon
1122 28th St SE
Cedar Rapids, IA 52403


Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103


Don Lakose
6330 Wayside Circle
Cedar Rapids, IA 52411

Don Rajtora
3443 Adeline Ct. S.W.
Cedar Rapids, IA 52404


Donald & Claudette Beck
2601 1st Ave. S.E.
Cedar Rapids, IA 52403


Donelle Mullin & Jason Mullin
2175 Chandler St. S.W.
Cedar Rapids, IA 52404


Donna King
429 F Ave NW
Cedar Rapids, IA 52405


Donna Weaver Moore & Carlos Moore
305 Clymer #3
Hiawatha, IA 52233


Donya Jefferson & Willecia Ferguson
924 38th St. SE
Cedar Rapids, IA 52403


Doug Barbier
3212 Kenrich Dr. S.W. #2
Cedar rapids, IA 52404


Dustin Melchert
940 Eisenhower Rd. #2
Hiawatha, IA 52233


Edward Kouba
940 Eisenhower Rd. #4
Hiawtha, IA 52233

Elaine Carter
121 19th St. NE
Cedar Rapids, IA 52404


Elaine Willey & Jenny Townsend
1990 27th St
Marion, IA 52302


Eliezer Ortiz
2107 Blairsferry Rd NE W1
Cedar Rapids, IA 52402


Elizabeth & Jeremy Downes
720 34th St. N.E.
Cedar Rapids, IA 52402


Ellen Manu
1638 B Ave NE #1
Cedar Rapids, IA 52402


Elva Hernandez & Daniel Isaac
2915 Circle Dr NE
Cedar Rapids, IA 52402


Emily & Todd Sudbeck
165 Chatham Rd NE
Cedar Rapids, IA 52402


Emily Taylor
2912 O Avenue N.W. #8
Cedar Rapids, IA 52405


Erin Easter
3212 Kenrich Dr. S.W. #6
Cedar Rapids, IA 52404

Erin Holmes
1232 O Ave. Pl. N.E.
Cedar Rapids, IA 52402


Ervin Santos & Anita Santos
4302 Dunham Dr. S.W.
Cedar Rapids, IA 52403


Ethel Capps
2435 5th Ave #1
Marion, IA 52302


Eulalia Ansell
502 20th St. NE
Cedar Rapids, IA 52402


Falecia Wilson
127 19th St NE
Cedar Rapids, IA 52402


Farmers State Bank
1240 8th Avenue
Marion, IA 52302


Felicita Casildo & Juan Lopez
2107 Blairsferry Rd NE E2
Cedar Rapids, IA 52402


First Federal Community Credit Unio
425 First Avenue S.W.
Cedar Rapids, IA 52404


Florencia Torres
2107 Blairsferry Rd NE E5
Cedar Rapids, IA 52405

Fowler Electric
651 58th Avenue Court S.W.
Cedar Rapids, IA 52404-4815


Glen Bender
116 23rd St Dr SE
Cedar Rapids, IA 52403


Gary Hansen & Julie Scott
1485 10th St.
Marion, IA 52302


Gary Shipley
3212 Kenrich Dr. S.W. #7
Cedar Rapids, IA 52404


Gary Vancura
P.O. Box 2693
Cedar Rapids, IA 52406


Gary Wasendorf
4002 Westover Rd SE Apt 1
Cedar Rapids, IA 52403


Gazzette Communications, Inc.
P.O. Box 511
Cedar Rapids, IA 52406-0511


Georgia Hodges & Christopher Walker
716 25th St SE
Cedar Rapids, IA 52403


Gerald Heath
C/o Cindy Hubble
3320 King Dr. S.W.
Cedar Rapids, IA 52404

Geraldinen Ross & Craig Ross
326 12th St. S.W.
Cedar Rapids, IA 52404

Gertrude Wasendorf
4002 Westover Rd SE Apt 1
Cedar Rapids, IA 52403

Gloria Pledge-Grulkey
1841 8th Ave SW
Cedar Rapids, IA 52404

GMAC
P.O. Box 4622
Waterloo, IA 50704-4622

Greg & Jolene Spooner
1218 18th St. NW
Cedar Rapids, IA 52405

Greg McSweeney
2535 Corner Stone Ct. S.E.
Cedar Rapids, IA 52403

Gregory & Kimberly Rule
1125 25th St. S.E.
Cedar Rapids, IA 52403

Gregory Barnard
4010 Westover Rd SE Apt 1
Cedar Rapids, IA 52403

Gregory Boyd
1229 Oakland Rd NE
Cedar Rapids, IA 52402

Gregory Howe
129 33rd St NE
Cedar Rapids, IA 52402


Guaranty Bank
302 3rd Avenue S.E.
Cedar Rapids, IA 52401


Guaranty Bank & Trust
302 3rd Ave. S.E.
Cedar Rapids, IA 52401


Guaranty Bank & Trust
302 3rd Avenue S.E.
Cedar Rapids, IA


H&W Partnership
1855 1st Ave. S.E.
Cedar Rapids, IA 52403


Harlow Pline & Brad Aldrich
922 Old Marion Rd. #222
Cedar Rapids, IA 52402


Harold & Barb Peterson
1042 31st Street NE
Cedar Rapids, IA 52402


Hawkeye Fire & Safety Company
716 Oakland Rd. N.E.
Cedar Rapids, IA 52402


Heather Overfelt & David Walerius
3700 C Ave NE
Cedar Rapids, IA 52402

Hector Delamora
1252 30th St NE
Cedar Rapids, IA 52402


Helen Allen
351 20th St SE
Cedar Rapids, iA 52403


Heritage Bank
695 Marion Blvd.
Marion, IA 52302


Heritage Bank
695 Marion Blvd.
Marion, IA 52302


Heritage Bank
695 Marion Blvd.
Marion, IA 52302


Heritage Bank

695 Marion Blvd.
Marion, IA 52302


Hiawatha Bank & Trust Co.
5761 H C St. S.W.
Cedar Rapids, IA 52402


Hills Bank & Trust Co.
3610 Williams Blvd. S.W.
Cedar Rapids, IA 52404


Holly Meskimen & Matthew Cratton
1142 20th Ave. S.W.
Cedar Rapids, IA 52404

HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219


HSBC Retail Services
Dept. 7680
Carol Stream, IL 60116-7680


Informatics, Inc.
118 2nd St. S.E., Ste. 200
Cedar Rapids, IA 52401


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114


Internal Revenue Service
Insolvency Section
210 Walnut Street, Stop 5301
Des Moines, IA  50309-2103


Iowa Community Credit Union
501 4th Avenue S.E.
Cedar Rapids, IA 52403


Iowa Department of Revenue
Hoover State Office Building
Des Moines, IA 50319


Iowa Department of Revenue
Accounts Receivable Unit
Hoover State Office Bldg.
Des Moines, IA  50306


Iowa WorkForce Development
Tax Bureau, Revenue Collections Uni
1000  E. Grand Avenue
Des Moines, IA 50319-0220

Jack Fligor
205 3/4 B Ave Room 6
Hiawatha, IA 52233


Jackie Varner & Tina Stafford
2966 Woodland Dr. S.W.
Cedar Rapids, IA 52404


Jacob & Trina Baumgartner
2416 Townhouse Dr. N.E.
Cedar Rapids, IA 52402


Jaime Robison
4012 21st Ave SW Apt 1
Cedar Rapids, IA 52402


James & bobbi Tulk
3834 1st Ave NE
Cedar Rapids, IA 52402


James Coover
1503 Center Point Rd. N.E.
Cedar Rapids,IA 52402


James Durian
1712 J Avenue N.E.
Cedar Rapids, IA 52402


James Trumphold & James Walker
2435 5th Ave #2
Marion, IA 52302


Jamie & Marilyn Kaiser
739 Gateway St NE
Cedar Rapids, IA 52402

Jamie Gifford & Joseph Robertson
207 27th St NE
Cedar Rapids, IA 52402


Jamie Heneghan
3212 Kenrich Dr. S.W. #5
Cedar Rapids, IA 52404


Jamie Mcintosh & Corbin Olds
1085 30th St.
Marion, IA 52302


Janelle Lahr
1602 F Ave NW
Cedar Rapids, IA 52405


Janet Haack
2922 O Ave NW #5
Cedar Rapids, IA 52405


Jared Ozburn
512 35th St NE
Cedar Rapids, IA 52402


Jarel Williams
3342 Oakland Rd NE
Cedar Rapids, IA 52402


Jasmin C. Rogel Castel
423 41st St. N.E.
Cedar Rapids, IA 52402


Jasmine & Brandon Marsh
2312 B Ave NE
Cedar Rapids, IA 52402

Jason & Jaime Pimlott & Debra Cross
126 37th St. NE
Cedar Rapids, IA 52402


Jason & Julie Muellett
6516 Bradford Rd NE
Cedar rapids, IA 52402


Jason Dennis & Travis Lakose
834 27th St. N.E.
Cedar Rapids, IA 52402


Jason Linvell
2004 Park Ave SE
Cedar Rapids, IA 52403


Jeff Bennett
1407 34th St. S.E.
Cedar Rapids, IA 52403


Jeff Heath
1606 Hillside Dr NW
Cedar Rapids, IA 52405


Jeffrey Coyle
1253 34th St NE
Cedar Rapids, IA 52402


Jeffrey Fitch
3090 24th Ave
Marion, IA 52302


Jeffrey Jagielski
1714 Woodside Ct. NW
Cedar Rapids, IA 52405

Jeffrey Smith
2922 O Avenue NW #1
Cedar Rapids, IA 52405


Jennifer & Julie Tucker
1516 Woodside Dr. NW
Cedar Rapids, IA 52405


Jennifer Armstrong
2250 3rd Ave
Marion, IA 52302


Jennifer Clark
2323 C Avenue NE
Cedar Rapids, IA 52402


Jennifer Knapp
608 35th St. N.E.
Cedar Rapids, IA 52402


Jennifer Lacoursiere
2306 A Avenue NE
Cedar Rapids, IA 52402


Jennifer Payton
3321 H Ave. N.W.
Cedar Rapids, IA 52405


Jennifer Schoepske
2418 9th Ave. S.W.
Cedar Rapids, IA 52404


Jennifer Telgenhoff & Sean Russell
741 27th St. N.E.
Cedar Rapids, IA 52402

Jereme Kalisch
1215 O Ave. Pl. N.E.
Cedar Rapids, IA 52402


Jeremy Ward
266 Lynda Dr NW
Cedar Rapids, IA 52405


Jermelle Lewis
1015 33rd St. S.E.
Cedar Rapids, IA 52403


Jerrod Miller & Jennifer Feeny
1508 Brookdale Ln. N.E.
Cedar Rapids, IA 52402


Jesse & Tanya Nunez
2916 Russel Dr NE
Cedar Rapids, IA 52402


Jesse Hesop
1080 8th St.
Marion, IA 52302


Jessica Hatfield & Mike Goers
3905 Lennox Ave NE
Cedar Rapids, IA 52402


Jillian & Emanuel Ramos
6513 Minden Ln NE
Cedar Rapids, IA 52402


Jim Noethe & Traci Noethe
1666 29th St NE
Cedar Rapids, IA 52402

```
Joan Beadle & Brian Jensen
213 C Avenue
Hiawatha, IA 52233
```

```
Joe & Frances Montgomery
1025 20th St SE
Cedar Rapids, IA52403
```

```
Joel Goettsch & Manuel Isaac
1025 30th St. S.E.
Cedar Rapids, IA 52403
```

```
Joel Keeling & Annika Jansen
306 13th St. S.W.
Cedar Rapids, IA 52404
```

```
John Finch & Tamara Boysen
220 Clymer Rd. #4
Hiawatha, IA 52233
```

```
John Hickok
3344 Henderson Ave. S.E.
Cedar Rapids, IA 52403
```

```
John Leefers
451 Wilder Dr. S.E.
Cedar Rapids, IA 52403
```

```
John Waters
Iowa Department of Revenue
Technical Services
PO Box 10457
Des Moines, IA   50306
```

```
John's Lock & Key
2901 1st Avenue S.E.
Cedar Rapids, IA 52402
```

```
Johnstone Supply
5040 Blairs Forest Way N.E., Ste. A
Cedar Rapids, IA 52402




Joie Cooper & Jeremy Braden
2350 1st Avenue
Marion, IA 52302




Jonathan Mahan and Nicole Kunkle
860 Fairview Dr
Marion, IA 52302




Jose Bautista & Fernando Lopez
2107 Blairsferry Rd NE W3
Cedar Rapids, IA 52402




Jose Ramirez, Christina Delgado
& David Hartman
3212 Kenrich Dr. S.W. #10
Cedar Rapids, IA 52404




Joseph & Angela Marotz
625 Grant Wood Dr Se
Cedar Rapids, IA 52403




Joseph Reynolds
205 3/4 B Ave Room 4
Hiawatha, IA 52233




Joshua Webb and Jessica Smith
1518 Cottonwood Lane NE
Cedar Rapids, IA 52402




Juan Aly & Ismael Vallecillo
207 B Ave 1/2
Hiawatha, IA 52233
```

```
Julie Draeger
864 9th St.
Marion, IA 52233



Judy Miller
3223 Mound Ave. S.E.
Cedar Rapids, IA 52403



Judy Roemerman
2331 Meadowbrook Dr. S.E.
Cedar Rapids, IA 52403



Julie Frieden
1000 38th St SE
Cedar Rapids, IA 52403



Julie Goettsche
502 High Street
Red Oak, IA 51566



Julie Maiers & Charles Gile
1856 J Avenue N.E.
Cedar Rapids, IA 52402



Jurisha Barnes
2922 O Ave NW #9
Cedar Rapids, IA 52405



Kaitlin Borchardt & David Roach
514 1/2 32nd St NE
Cedar Rapids, IA 52402



Kara Darnell & Rodney Karr
6504 Laurel Ln NE
Cedar Rapids, IA 52402
```

Kari Merwin
711 33rd St NE
Cedar Rapids, IA 52402


Karl & Margaret Demunda
2731 B Ave NE
Cedar Rapids, IA 52402


Katherine Cavanaugh
221 18th St NE
Cedar Rapids, IA 52402


Kathy & John Morgan
4316 Sherman St NE
Cedar Rapids, IA 52402


Kayla Lambrecht & Justin Hale
3212 Kenrich Dr. S.W. #1
Cedar Rapids, IA 52404


Ken Cassidy
2521 Mimosa Road
Avon Park, FL 33825


Kenneth Morris & Clarice Morris
404 Hanover Rd. S.W.
Cedar Rapids, IA 52404


Kenneth Walker & Shiela Walker
709 3rd Ave.
Marion, IA 52302


Kevin Bills
1843 Locke Ave
Waterloo, IA 50702

Kevin Lee and Heather itchell
5214 Holly Ave NW
Cedar Rapids, IA 52405


Kimberly & Jeremy Willia
815 1/12 5th Ave
Marion, IA 52302


Kimberly Holst
3340 Oakland Rd NE
Cedar Rapids, IA 52402


Kirk Jones & Mary Shephard
1901 1st Ave SE
Cedar Rapids,  IA 52403


Kristen & Dale Roe
220 Hanover Rd SW
Cedar Rapids, IA 52404


Kristen Obrien
940 Eisenhower Rd. #1
Hiawatha, IA 52233


Kristi Schaffer
6514 Brookview Lane N.E.
Cedar Rapids, IA 52402


Kutmus and Pennington
604 Locust St., Ste. 618
Des Moines, IA 50309


Kyle Palmersheim
1000 W 8th Ave
Marion, IA 52302

Lacey Riley & Travis Carlton
3350 Oakland Rd NE
Cedar Rapids, IA 52402

Lakesha Mosley
1145 20th Ave SW
Cedar Rapids, IA 52404

Larry Eason
1021 20th St Se
Cedar Rapids, IA 52403

Larry Fossel & Deborah Smith
2100 18th St. SW
Cedar Rapids, IA 52404

Larry Stotler
2935 16th Ave
Marion, IA 52302

Laruen Green
205 1/2 B Ave
Hiawatha, IA 52233

Latasha Cole
1215 32nd St. NE
Cedar Rapids, IA 52402

Laticia Spilman
1600 F Ave NW
Cedar Rapids, IA 52405

Laura & David Paulson
237 Chatham Rd NE
Cedar Rapids, IA 52402

Laura Crutchley & Brandon Sherbau
305 Clymer #4
Hiawatha, IA 52233

Laura Koch-Funk
330 36th St. N.E.
Cedar Rapids, IA 52402

Lawrence & Vicky Vogl
6520 Medford Lane NE
Cedar Rapids, IA 52402

Lawrence Duenas
2407 B Avenue NE
Cedar Rapids, IA 52402

Leah Godar
3221 1st St
Marion, IA 52233

Lee Babbage
2441 8th Ave SW
Cedar Rapids, IA 52404

Leo Shampu & Bryan Shampu
1411 30th St. N.E.
Cedar Rapids, IA 52402

Leticia & Guillermo Tellez
1219 35th St NE
Cedar Rapids, IA 52402

Lidia Ramos, Jose Ortez
Linete Tirado & Arnulfo Estevez
1612 29th St. N.W.
Cedar Rapids, IA 52405

```
Linda Mally & Linda Hazewinkle
1477 Wilson Ave SW
Cedar Rapids, IA 52404




Lindsay Ward
4012 21st Ave SW Apt 2
Cedar Rapids, IA 52404




Lindsey Thompsen & Kevin Untiedt
258 12th  St NW
Cedar Rapids, IA 52405




Linn Area Credit Union
3015 Blairs Ferry Road N.E.
Cedar Rapids, IA 52402




Linn County State Bank
203 E. Main St.
Coggon, IA 52218




Linn County Treasurer
City Treasurer
P.O. Box 2148
Cedar Rapids, IA 52406-2148




Lisa Hill & David Paulsen
3221 Kenrich Dr. S.W.
Cedar Rapids, IA 52404




Lisa Van Allen
1312 36th St SE
Cedar Rapids, IA 52402




Liz Pfeiffer & Darren Lindner
4414 Lee St NE
Cedar Rapids, IA 52402
```

```
Lonnie Shelton & Anna Ehrman
647 30th St. S.E.
Cedar Rapids, IA 52403



Lori Fortman
3106 Carriage Dr SW
Cedar Rapids, IA 52404



Lousie White
4961 Tama St Apt 3
Marion, IA 52302



Luana Savings Bank
100 Harvest Drive, P.O. Box 68
Luana, IA 52156



Luann Wherry
2245 Shadyoaks Ct NE
Cedar Rapids, IA 52402



Lufaith Robinson
1111 Center St. N.E.
Cedar Rapids, IA 52402



Luis Lopez and Javier Lopez
4961 Tama St Apt 1
Marion, I A52302



Mackenzie Bodkin and Michelle Maine
1006 Orrian Dr SE
Cedar Rapids, IA 52403



Marc Motzer
3021Bever Ave SE
Cedar Rapids, IA 52403
```

Marcella Jacobs, Tiffany Gatto
& Debra Solecki
4529 Walkter St. NE
Cedar Rapids, IA 52402


Marco Avila & Juan Gornez
2219 Kenrich Dr. S.W. #2
Cedar Rapids, IA 52404


Margeret & Timothy Meran
5707 Kesiwck Ct. S.W.
Cedar Rapids, IA 52404


Marilyn Heaverlo
C/o Richard J. Johnson, Jr.
101 2nd Street S.E., P.O. Box 5878
Cedar Rapids, IA 52406-5878


Marilyn Jacks
310 5th Ave SE Apt 940
Cedar Rapids, IA 52401


Marilyn Miell
3117 County Home Road
Marion, IA 52302


Marion Municipal Water Department
1225 6th Ave., Ste. 150
Maroin, IA 52302-3430


Mark & Kathy Van Peursem
2417 A Avenue NE
Cedar Rapids, IA 52402


Mark Howard
3212 Kenrich Dr. S.W. #8
Cedar Rapids, IA 52404

Marlene & Kenny McDaniels & James
1021 Daniels St NE
Cedar Rapids, IA 52402


Marques & Zayda Maryland
1649 32nd St NE
Cedar Rapids, IA 52402


Marty Clements
345 Clymer Rd #3
Hiawatha, IA 52233


Mary Harman & Cynthia Oleary
3037 Circle Dr NE
Cedar Rapids, IA 52402


Mary Heims
1155 Mitchell Dr.
Marion, IA 52302


Mastercard
P.O. Box 10409
Des Moines, IA 50306-9147


Matt and Carloe Johnson
1617 Brookdale Ln NE
Cedar Rapids, IA 52402


Matt Franks
1007 Clifton St NE
Cedar Rapids, IA 52402


Matthew Kaiser
1703 E Avenue NE Apt 5
Cedar Rapids, IA 52402

Matthew Lint
2912 O Avenue N.W. #7
Cedar Rapids, IA 52405


Mediacom
P.O. Box 5744
Carol Stream, IL 60197-5744


Megan Brown
4010 Westover Rd SE Apt 3
Cedar Rapids, IA 52403


Megan Hanson & Nick Vance
2015 F Avenue NE
Cedar Rapids, IA 52402


Mehnde Khan and Vikki Laws
4010 Westover Rd SE Apt 2
Cedar Rapids, IA 52403


Melanie and SteveSpidle
2415 25th Ave
Marion, IA 52302


Melissa Hicks and Sherwin Keys
938 38th St. SE
Cedar Rapids, IA 52403


Melissa Knoot
105 27th St Dr SE
Cedar Rapids, IA 52403


Melissa Reel & Dustin Mason
3020 D Avenue N.E.
Cedar Rapids, IA 52402

Melody Merritt
4233 Sunland Ct SE
Cedar Rapids, IA 52403


Mercades Rixen
207 3/4 B Ave
Hiawatha, IA 52233


Michael & Imedia Claytor
1430 13th Ave
Marion, IA 52302


Michael & Paulette Duke
2107 Blairsferry Rd NE E4
Cedar Rapids, IA 52402


Michael Anderson & Valorie Lukavsky
635 41st St NE
Cedar Rapids, IA 52402


Michael Boots
4106 Wilson Ave SW #2
Cedar Rapids, IA 52404


Michael Edmonds & Deanna Randow
558 Forest Dr. SE
Cedar Rapids, IA 52403


Michael Heidt
1130 Longview Dr.
Maroin, IA 52302


Michael Mables & Shaconia Johnson
2107 Blairsferry Rd NE W6
Cedar Rapids, IA 52402

Michael Malloy
1012 30th St SE
Cedar Rapids, IA 52403


Michael McDermott
1111 Brockman Dr. SE
Cedar Rapids, IA 52403


Michael Mills
344 13th St. #2
Marion, IA 52302


Michael Sheets
345 Clymer Rd #2
Hiawatha, IA 52233


Michaela & Patricia Cole
426 39t St NE
Cedar Rapids, IA 52402


Michelle & Brian Brutus
255 10th Ave.
Marion, IA 52302


Michelle Jones
1140 W. 8th Ave.
Marion, IA 52302


Michelle Melton
2207 Kenrich Dr. S.W.
Cedar Rapids, IA 52404


Michelle West
3215 Carriage Dr. SW
Cedar Rapids, IA 52404

MidAmerican Energy Company
P.O. Box 8020
Davenport, IA 52808-8020

Mike & Jessica Steffen
1238 Maplewood Dr NE
Cedar Rapids, IA 52402

Mike & Leslie Peterson
246 Mayden Ave SW
Cedar Rapids, IA 52404

Mike Maennche & Matt McKindley
1521 11th St
Marion, IA 52302

Mike McMurrin
433 Carter Ave. N.W.
Cedar Rapids, IA 52405

Mike Mulholland & Robert Siefert
932 38th St. S.E.
Cedar Rapids, IA 52403

Mike Mullholland
938 38th St SE
Cedar Rapids, IA 52403

Mike Riley & Kara Breedlove
119 W. Post Rd. N.W.
Cedar Rapids, IA 52405

Morgan Johnson & Jon Hoss
1641 34th St NE
Cedar Rapids, IA 52402

Nancy & Joseph Oujiri
345 Clymer Rd #4
Hiawatha, IA 52233


Nationwide Mortgage
7760 Office Plaza Dr. South
West Des Moines, IA 50266


Nicholas Rehnstrom & Matthew Taylor
1733 K Avenue NE
Cedar Rapids, IA 52402


Nick, Cathy & Emily Shanahan
3212 Kenrich Dr. S.W. #9
Cedar Rapids, IA 52404


Nicole & Marc Casteel
1219 O Ave. Pl. N.E.
Cedar Rapids, IA 52402


Nicole Benjamin
4012 21st Ave SW Apt 3
Cedar Rapids, IA 52404


Nicole Vanalst
205 3/4 B Ave Room 1


Nicolle Mercer
328 34th St NE
Cedar Rapids, IA 52402


Nikki & David Tvedt
3046 Circle Dr NE
Cedar Rapids, IA 52402

Noe Contreras
2107 Blairsferry Rd NE E6
Cedar Rapids, IA 52402


Norma Solis-Gonzales
1505 Center Piont Rd. N.E.
Cedar Rapids, IA 52402


Ondrea Pearson
129 19th St NE
Cedar Rapids, IA 52402


Osmar Arriaga
2107 Blairsferry Rd NE W2
Cedar Rapids, IA 52402


Peggy & Gregory Herdlicka
129 36th St NE
Cedar Rapids, IA 52402


Perfection Clean
1144 33rd Stret N.E.
Cedar Rapids, IA 52402


Perpetua Nsabimana &
David Niyonzima
419 33rd St NE
Cedar Rapids, IA 52402


Phillip Eggers
1703 E Avenue NE Apt 2
Cedar Rapids, IA 52402


Pitney Bowes Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

Plumb Supply Company
1622 N.E. 51st Avenue
P.O. Box 4558
Des Moines, IA 50305-4558


Plumbing Supply
994 E. 20th St.
Chico, CA 95928


Preson Ross Jr. & Desuana Jackson
2525 A Avenue N.E.
Cedar Rapids, IA 52402


Quainita Mobley
2455 5th Ave #3
Marion, IA 52302


Qwest
P.O. Box 91154
Seattle, WA 98111-9254


Rachel Johnson & Kevin Becker
1501 Center Point Rd. N.E.
Cedar Rapids, IA 52402


Rachel Reggenitter & Taurean Knazze
1902 20th St. N.W.
Cedar Rapids, IA 52405


Rae Lynn Walters
1225 Oakland Rd NE
Cedar Rapids, IA 52402


Ramona Redd
185 Chatham Rd NE
Cedar Rapids, IA 52402

Randy & Melanie Long
64 Devonwood Ave SW
Cedar Rapids, IA 52404


Randy & Russell Nelson
609 34th St NE
Ceddar Rapids, IA 52402


Randy Canoy
345 Clymer Rd #1
Hiawatha, IA 52233


Randy's Carpet & Interiors
401 2nd Street
Coralville, IA 52241


Raul perez and Ma De Jesus Aguilard
3908 Lennox Ave NE
Cedar Rapids, IA 52402


Raymond Comfort
2435 5th Ave #4
Marion, IA 52302


Reed Katzman & Hector Lavoz
1723 K Avenue N.E.
Cedar Rapids, IA 52402


Renee Clay
1508 Richmond Rd NE
Cedar Rapids, IA 52402


Renneckia Highsmith
2912 O Avenue N.W. #8
Cedar Rapids, IA 52405

Richard Hartnett
214 Chatham Rd. N.E.
Cedar Rapids, IA 52402


Richard Houy
4416 Sherman Street NE
Cedar Rapids, IA 52402


Richard Kretschmar
305 Clymer #1
Hiawtha, IA 52233


Rick Perry
305 Clymer #3
Hiawatha, IA 52233


Rickey Farris
1214 33rd St. N.E.
Cedar Rapids, IA 52402


Rob Carpenter & Candace Teel
4438 Benton St NE
Cedar Rapids, IA 52402


Robert Dayton & Janice Hale
2219 Kenrich Dr. S.W. #4
Cedar Rapids, IA 52404


Robert Schierholz
2633 1st Ave SE
Cedar Rapids, IA 52403


Roberta Fuchs
541 34th St SE
Cedar Rapids, IA 52403

Rochelle Johnson & Michael Williams
2107 Blairsferry Rd NE W5
Cedar Rapids, IA 52402


Roger Roeder
1388 James Ave. N.E.
Swisher, IA 52338


Roofing Wholesale Supply Co.
812 58th Ave. Court S.W.
Cedar Rapids, IA 52404


Rosalie Strochein
2346 B Avenue N.E.
Cedar Rapids, IA 52402


Rose Kuehl
344 13th St #3
Marion, IA 52302


Ross Lekin
2912 O Ave. N.W. #4
Cedar Rapids, IA 52405


Rubina Amon & Tiba Beio
David Arnon
700 34th St NE
Cedar Rapids, IA 52402


Russ Hagerbaumer
205 3rd Avenue
Hiawtha, IA 52233


Ryan Eicchorn
470 Clymer Rd.
Hiawtha, IA 52233

Ryan Harding & Jeff Oliver
619 34th St NE
Cedar Rapids, IA 52402


Sally Jones
2435 5th Ave #3
Marion, IA 52302


Samantha Prior
3635 Mount Vernon Road S.E.
Cedar Rapids, IA 52403


Sam's Club
P.O. Box 530981
Atlanta, GA 30353-0981


Sandra Wolfer
2629 1st Ave SE
Cedar Rapids, IA 52403


Sara Pitcher
1703 E Avenue NE Apt 3
Cedar Rapids, IA 52402


Sarah Ascherl
4405 Navajo Dr NE
Cedar Rapids, IA 52402


Sarah Gandy & Robert Gandy
3313 H Avenue N.W.
Cedar Rapids, IA 52405


Sarah Holmes
239 21st St NW
Cedar Rapids, IA 52405

```
Scott Berggren
4010 Westover Rd SE Apt4
Cedar Rapids, IA 52403
```

```
Scott Hoppes & Samantha Smith
2922 O Ave. NW #2
Cedar Rapids, IA 52405
```

```
Selene Williams
2912 O Avenue N.W. #3
Cedar Rapids, IA 52405
```

```
Selvin Salgado & Pedro Zuniga
2107 Blairsferry Rd. NE E1
Cedar Rapids, IA 52402
```

```
Shane & Angela Hanson
1605 14th Ave. S.W.
Cedar Rapids, IA 52404
```

```
Sharon & Dennis Melrose
1058 Daniels St NE
Cedar Rapids, IA 52402
```

```
Shaun & Melissa Harbison
256 Brentwood Circle NE
Cedar Rapids, IA 52402
```

```
Shaun Hynes
512 37th St. N.E.
Cedar Rapids, IA 52402
```

```
Shawn Spivey
1819 2nd St SW
Cedar Rapids, IA 52404
```

Sherry Gerdts
5445 1st Ave SW
Cedar Rapids, IA 52404


Simmons Perrine Moyer Bergman
115 3rd St. S.E., Ste. 1200

Cedar Rapids, IA 52401-1266


Sondra Williams
1032 Center Point Rd. N.E.
Cedar Rapids, IA 52402


State Bank of Lawler nka Bank Iowa
308 Grove St., P.O. Box 269
Lawler, IA 52154


State Farm Bank
P.O. Box 2316
Bloomington, IL 61702


Steve Olson & Crystal Olson
205 1st Ave
Marion, IA 52302


Susan Forniash
2333 D Avenue N.E.
Cedar Rapids, IA 52402


Suzanne Carey & Autumn Hanna
2455 26th Ave
Marion, IA 52302


Sylvia Foreman
104 2nd Avenue
Hiawatha, IA 52233

Synnetra Arnold & Geather DeLaRosa
420 34th St NE
Cedar Rapids, IA 52402


Takesha & Tamelyn Smith
126 20th St NE
Cedar Rapids, IA 52402


Tamara & Patricia Baker
2424 E Avenue NE
Cedar Rapids, IA 52402


Tamara Beardsley & Matthew Bliss
4311 Pineview Dr NE
Cedar Rapids, IA 52402


Tammi Reed
163 Carter St NW
Cedar Rapids, IA 52405


Tammy Odom
2927 D Avenue N.E.
Cedar Rapids, IA 52402


Tara Filosa
2526 1st Ave. N.E.
Cedar Rapids, IA 52402


Ted & Michelle McSpadden
1809 1st Ave SE
Cedar Rapids, IA 52403


Teresa & Todd Barnett
1115 Daniels St NE
Cedar Rapids, IA 52402

Terese Patton & Will Kisner
3923 Terrace Hill Dr NE
Cedar Rapids, IA 52402


The Cedar Rapids Association of Rea
1860 1st Avenue N.E.
Cedar Rapids, IA 52402


Thomas Lyon
3006 Woodland Dr. S.W. Upper
Cedar Rapids, IA 52404


Timothy Morris and Christina Rodger
1019 35th St NE
Cedar Rapids, IA 52402


Timothy Strodtma & Brian O'Connell
518 24th St. N.E.
Cedar Rapids, IA 52402


Tina Ryan & Mike Streets
315 31st St NE
Cedar Rapids, IA 52402


Todd Lewis
6612 Idlebrook Ln. N.E.
Cedar Rapids, IA 52402


Todd Priske & Diana Brown
264 15th St. N.E.
Cedar Rapids, IA 52405


Toni & Steve Cloke
2032 Coldstream Ave NE
Cedar Rapids, IA 52402

Toni Morrow & Tina Williams
2407 C Avenue N.E.
Cedar Rapids, IA 52402


Tony Steward
4002 Westover Rd SE Apt 2
Cedar Rapids, IA 52403


Tonya Clark
3113 Carriage Dr. S.W.
Cedar Rapids, IA 52404


Tracy Parry
1238 O Avenue Pl. N.E.
Cedar Rapids, IA 52402


Travis Hayward
2455 5th Ave #4
Marion, IA 52302


Trent Tuel and Stacy Coghlan
4961 Tama St Apt 2
Marion, IA 52302


Trenton Renken & Catrina Ingraham
2912 O Avenue N.W. #11
Cedar Rapids, IA 52405


Tyler Clarahan & Daniel Kempf
423 Genwolyn Dr NE
Cedar Rapids, IA 52402


United Security Savings
665 Marion Blvd.
Marion, IA 52302

United States Attorneys Office
110 E. Court Ave., Suite 286
Des Moines, IA  50309-2053


US Bank
222 2nd Avenue S.E.
Cedar Rapids, IA 52403


Velvet Lawson & David Willadsen
870 31st St
Marion, IA 52302


Veronia Hernandez & Alfredo Ramos
1703 E Avenue NE Apt 6
Cedar Rapids, IA 52402


Veronica & James Siems
900 Central Ave
Marion, IA 52302


Vincent Virgen & Dacoberdo Garib
2107 Blairsferry Rd. NE E3
Cedar Rapids, IA 52402


Virgil Bogener
104 1/2 2nd Avenue
Hiawatha, IA 52233


Virginia Birdnow
1051 33rd St NE
Cedar Rapids, IA 52402


Wasendorf, Gary
4002 Westover Rd. S.E. #1
Cedar Rapids, IA 52403

```
Washington Mutual/JP Morgan
1301 Second Ave.
Seattle, WA 98101




Wayne & Sue Meader
815 5th Ave
Marion, IA 52302




Wells Fargo
101 3rd Ave. S.W., #100
Cedar Rapids, IA 52404




Wells Fargo Card Services
P.O. Box 6412
Carol Stream, IL 60197




Wells Fargo Card Services

PO Box 6412

Carol Stream Il 60197-6412


Wells Fargo

Payment Remittance Center
P.O. Box 6412
Carol Stream, IL 60197


Wendy & Jimmy Stivers
1002 Harold Dr. SE
Cedar Rapids, IA 52403




Wesley Johnson & tammi Griffith
1903 Williams Blvd SW
Cedar Rapids, IA 52404




William Reeves & Dawn Baburek
205 Chatham Rd. N.E.
Cedar Rapids, IA 52402
```

William Shiffer & Angelique Hiawia
1335 30th St SE
Cedar Rapids, IA 52403


Willie Burton
202 W. Willman
Hiawtha, IA 52233

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

In re:  **Robert K Miell**

**Debtor**

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **60** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **5/28/2009** _____

Signed: **/s/ Robert K Miell** _____
        **Robert K Miell**

Signed:  **/s/ Jerrold Wanek** _____
         **Jerrold Wanek**
         Attorney for Debtor(s)
         Bar no.:    **IS9998937**
         **Garten & Wanek**
         **835 Insurance Exchange Building**
         **505 FIfth Ave.**
         **Des Moines, IA 50309-2317**
         Telephone No.:    **(515) 243-1249**
         Fax No.:          **(515) 244-4471**
         E-mail address:   **wanek@dwx.com**