UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Miell, Robert K., | ) | |
| | ) | CASE NO. 09-01500 |
| | ) | |
| Debtor. | ) | ORDER RESTRICTING ACCESS |

This matter comes before the Court upon the Chapter 11 Trustee's Motion to Restrict Public Access filed August 7, 2009. Upon review of the file, the Court finds that the Trustee's motion should be approved.

IT IS THEREFORE ORDERED that access to the Monthly Report for Filing Period June 2009, docketed at #247, shall be and is hereby restricted to Court personnel and that said document is not available as part of the public record in this case.

Dated and Entered: August 12, 2009

_____
PAUL J. KILBURG,
U.S. BANKRUPTY JUDGE

*Prepared by:*
*Renee K. Hanrahan,*
*Chapter 11 Trustee*