UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| Robert K. Miell, | ) | CASE NO. 09-01500 |
|  | ) |  |
| Debtor(s). | ) | AUGUST 2010 TRUSTEE'S |
|  | ) | OPERATING REPORT |

COMES NOW the Chapter 7 Trustee, Renee K. Hanrahan, and makes this report to the Court:

1. Trustee submits this report on activities relating to operations of the rental business for the period of August 01, 2010 through August 31, 2010.

2. In August 2010, the Trustee's property management companies collected gross rents of $13,139 and made disbursements of $5,014 for expenses, including utilities, repairs and maintenance, and professional property management fees of $1,569.

3. In this reporting period, the Trustee made deposits totaling $14,809 from net rents, insurance claims and/or refunds, and interest; $161,260 was received as net proceeds from sales of real property.

4. In this reporting period, disbursements totaling $8,901 were made by the Trustee for operating expenses, including but not limited to, utilities, insurances, repairs and maintenance, supplies, taxes, and Housing Inspection fees.

5. In August 2010, $1,548 was disbursed by the Trustee as Adequate Protection Payments to secured lenders and $272,654 was paid to American Family Insurance pursuant to Court Orders providing for such payments.

6.  At the end of this reporting period, $961,373 was on deposit in segregated Chapter 7 Trustee bank accounts; a Balance Report by Account is attached for reference.

7.  This case originally involved 461 parcels of real estate; during August 2010, the Trustee abandoned one property. As of August 31, 2010, twenty-eight (28) properties remained in this bankruptcy estate, with sales pending on fifteen (15) of them.

8.  The Trustee and her professionals continue to market the remaining properties in this case to investors and to individual buyers.

Respectfully submitted,

/s/ Renee K. Hanrahan
Renee K. Hanrahan, Chapter 7 Trustee
PO Box 1088
Cedar Rapids, IA  52406-1088
Tel: 319.848.6040
Fax: 866.256.4604
rhanrahan@southslope.net

Date: 09/22/10

**Renee K. Hanrahan (350500)**
**BALANCE REPORT BY ACCOUNT**
AS OF 08/31/10

| Case Number | | Debtor Name | Account Number | Account Name | | Date Opened | Date Closed | Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09-01500 | PJK | Miell, Robert K. | 4241 | Cont Rajtora-Chap 7 | NB | 10/13/09 | | 0.00 |
| 09-01500 | PJK | Miell, Robert K. | 4254 | LACU-Chap 7 | NB | 10/13/09 | | 4,401.28 |
| 09-01500 | PJK | Miell, Robert K. | 4270 | Hiawatha Bank and Trust-Chap 7 | NB | 10/13/09 | | 0.00 |
| 09-01500 | PJK | Miell, Robert K. | 4283 | Nationwide-Tax Escrow | NB | 10/13/09 | | 4,610.89 |
| 09-01500 | PJK | Miell, Robert K. | 4296 | Bank of America-Chap 7 | NB | 10/13/09 | | 3,571.47 |
| 09-01500 | PJK | Miell, Robert K. | 4306 | GMAC-Chap 7 | NB | 10/13/09 | | 3,847.22 |
| 09-01500 | PJK | Miell, Robert K. | 4319 | Cont LaKo-Chap 7 | NB | 10/13/09 | | 0.00 |
| 09-01500 | PJK | Miell, Robert K. | 4322 | Citi-Chap 7 | NB | 10/13/09 | | 13,408.04 |
| 09-01500 | PJK | Miell, Robert K. | 4335 | Countrywide-Chap 7 | NB | 10/13/09 | | 40,428.48 |
| 09-01500 | PJK | Miell, Robert K. | 4348 | Cont Thurress-Tax Escrow | NB | 10/13/09 | | 2,207.00 |
| 09-01500 | PJK | Miell, Robert K. | 4351 | Heritage Bank-Chap 7 | NB | 10/13/09 | | 108.14 |
| 09-01500 | PJK | Miell, Robert K. | 4364 | Collins Community Credit Union-Chap | NB | 10/13/09 | | 0.00 |
| 09-01500 | PJK | Miell, Robert K. | 4377 | Guaranty Bank and Trust-Chap 7 | NB | 10/13/09 | | 0.00 |
| 09-01500 | PJK | Miell, Robert K. | 4403 | Cont Heath-Chap 7 | NB | 10/13/09 | | 0.00 |
| 09-01500 | PJK | Miell, Robert K. | 4416 | Cont VanCura-Chap 7 | NB | 10/13/09 | | 23,996.86 |
| 09-01500 | PJK | Miell, Robert K. | 4429 | Cont Roeder-Tax Escrow | NB | 10/13/09 | | 276.00 |
| 09-01500 | PJK | Miell, Robert K. | 4445 | BankIowa-Chap 7 | NB | 10/13/09 | | 0.00 |
| 09-01500 | PJK | Miell, Robert K. | 4458 | Farmers State Bank-Chap 7 | NB | 10/13/09 | | 0.00 |
| 09-01500 | PJK | Miell, Robert K. | 4461 | LCSB-Chap 7 | NB | 10/13/09 | | 3,256.14 |
| 09-01500 | PJK | Miell, Robert K. | 4474 | US Bank-Tax Escrow | NB | 10/13/09 | | 25,603.09 |
| 09-01500 | PJK | Miell, Robert K. | 4487 | Chase Manhattan-Tax Escrow | NB | 10/13/09 | | 35,503.00 |
| 09-01500 | PJK | Miell, Robert K. | 4490 | Checking-Chap 7 | NB | 10/13/09 | | 33,456.49 |
| 09-01500 | PJK | Miell, Robert K. | 4513 | Cont Cassidy-Chap 7 | NB | 10/13/09 | | 660.00 |
| 09-01500 | PJK | Miell, Robert K. | 4526 | Cont Leefers-Chap 7 | NB | 10/13/09 | | 7,864.52 |
| 09-01500 | PJK | Miell, Robert K. | 4555 | Cont McSw-Tax Escrow | NB | 10/13/09 | | 8,457.62 |
| 09-01500 | PJK | Miell, Robert K. | 4568 | Cont Welty-Tax Escrow | NB | 10/13/09 | | 5,561.00 |
| 09-01500 | PJK | Miell, Robert K. | 4571 | Iowa Comm Credit Union-Chap 7 | NB | 10/13/09 | | 5,984.52 |
| 09-01500 | PJK | Miell, Robert K. | 4597 | Luana Bank-Chap 7 | NB | 10/13/09 | | 10,735.74 |
| 09-01500 | PJK | Miell, Robert K. | 4607 | None-Chap 7 | NB | 10/13/09 | | 50,954.27 |
| 09-01500 | PJK | Miell, Robert K. | 4623 | TBD-Chap 7 | NB | 10/13/09 | | 227,093.12 |
| 09-01500 | PJK | Miell, Robert K. | 4649 | WFC-Chap 7 | NB | 10/13/09 | | 31,013.94 |
| 09-01500 | PJK | Miell, Robert K. | 4652 | Washington Mutual-Chap 7 | NB | 10/13/09 | | 56,145.59 |
| 09-01500 | PJK | Miell, Robert K. | 4665 | Money Market - Chap 7 | NB | 10/13/09 | | 362,226.99 |

REPORT TOTAL.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Total Open Bank Accounts | 33 | | | 961,373.17 |