UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Case No. 09-01500 |
| | ) |
| Robert K Miell | ) |
| | ) |
| | ) |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Renee K. Hanrahan, Trustee of the above captioned estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications., which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation. **In this Report the Trustee is proposing to distribute $115,190.26 to administrative, priority wage and priority rental deposit claimants.**

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following addresses:

        Clerk's Office, United States Bankruptcy Court
        425 2nd Street SE, Ste 800,  Cedar Rapids IA 52401      or

        Clerk's Office, United States Bankruptcy Court
        Federal Bldg, 320 6th Street, Sioux City IA 51101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the date of this notice, and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee at 225 2nd Street, SE, Ste 400, Cedar Rapids IA 52401.  Timely-filed objections will be set for hearing by separate notice.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | |
|---|---|
| Date:  October 15, 2012 | By:  /s/ Renee Hanrahan |
| | Renee K. Hanrahan |
| | Chapter 7 Trustee |
| | PO Box  1088 |
| | Cedar Rapids, IA 52406-1088 |
| | Phone 319.848.6040 |
| | Fax 866.256.4604 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
§
Miell, Robert K § Case No. 09-01500
§
§
Debtor(s) §

INTERIM SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | JPMorgan Chase Bank, NA | $ | $ | $ | $ |
| 000007 | JPMorgan Chase Bank NA | $ | $ | $ | $ |
| 000008 | John Leefers | $ | $ | $ | $ |
| 000009 | JPMorgan Chase Bank NA | $ | $ | $ | $ |
| 000010 | Mr and Ms Donald Lakose | $ | $ | $ | $ |
| 000012 | BANK OF AMERICA N.A. | $ | $ | $ | $ |
| 000013 | Linn County State Bank | $ | $ | $ | $ |
| 000022A | American Family Mutual Insurance Company | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000023 | Linn Area Credit Union | $ | $ | $ | $ |
| 000031 | U.S. Bank N.A. | $ | $ | $ | $ |
| 000037 | Bankers Trust Company | $ | $ | $ | $ |
| 000038 | Hills Bank & Trust Co. | $ | $ | $ | $ |
| 000053 | Robert L. and Carol S. Thurness | $ | $ | $ | $ |
| 000062 | CitiMortgage, Inc. | $ | $ | $ | $ |
| 000067 | Wells Fargo Bank, N.A. | $ | $ | $ | $ |
| 000068 | Wells Fargo Bank, N.A. | $ | $ | $ | $ |
| 000085 | Wells Fargo Operations Center | $ | $ | $ | $ |
| 000097 | CitiMortgage | $ | $ | $ | $ |
| 000103 | Nationwide Mortgage | $ | $ | $ | $ |
| 000104 | Iowa Community Credit Union | $ | $ | $ | $ |
| 000111 | Community Savings Bank | $ | $ | $ | $ |
| 000119 | GMAC Mortgage, LLC | $ | $ | $ | $ |
| 000136 | Collins Community Credit Union | $ | $ | $ | $ |
| 000137 | BankIowa | $ | $ | $ | $ |
| 000138 | Farmers State Bank | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000144 | Dr. and Ms. Gregory A. McSweeny | $ | $ | $ | $ |
| 000145 | JP Morgan Chase Bank/WaMu | $ | $ | $ | $ |
| 000149 | US Bank National Association | $ | $ | $ | $ |
| 000152 | University of Iowa Comm Credit Union | $ | $ | $ | $ |
| 000153 | Heritage Bank | $ | $ | $ | $ |
| 000157A | Gary Vancura | $ | $ | $ | $ |
| 000162 | Guaranty Bank | $ | $ | $ | $ |
| 000165 | Gerald Heath | $ | $ | $ | $ |
| 000166 | Roger L. Roeder and Susan K. Roeder | $ | $ | $ | $ |
| 000167 | Gary L. Holsinger & Sherry Holsinger | $ | $ | $ | $ |
| 000177 | Bank Iowa (fka State Bank of Lawler) | $ | $ | $ | $ |
| 000178 | Hiawatha Bank & Trust Company | $ | $ | $ | $ |
| 000179 | Linn Area Credit Union | $ | $ | $ | $ |
| 000187 | Bank of the West | $ | $ | $ | $ |
| 000191 | JP Morgan Chase Bank/WaMu | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000198 | Michael A. Stevenson, Linn Co. Treas. | $ | $ | $ | $ |
| 000200 | Luana Savings Bank | $ | $ | $ | $ |
| 000022B | American Family Mutual Insurance Company | $ | $ | $ | $ |

Total to be paid to secured creditors    $_____

Remaining Balance    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Renee K. Hanrahan | $ | $ | $ |
| Trustee Expenses: Renee K. Hanrahan | $ | $ | $ |
| Attorney for Trustee Fees: Jeffrey P. Taylor | $ | $ | $ |
| Attorney for Trustee Expenses: Jeffrey P. Taylor | $ | $ | $ |
| Accountant for Trustee Fees: James T. Brems | $ | $ | $ |
| Charges: US BANKRUPTCY COURT CLERK | $ | $ | $ |
| Other: BANKERS BONDED SERVICES, INC. | $ | $ | $ |
| Other: BANKERS BONDED SERVICES, INC. | $ | $ | $ |
| Other: JAMES BARVINEK | $ | $ | $ |
| Other: Center Pt CR ACE Hardware | $ | $ | $ |
| Other: Garten & Wanek | $ | $ | $ |
| Other: RENEE K. HANRAHAN | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: RENEE K. HANRAHAN | $ | $ | $ |
| Other: US BANKRUPTCY COURT CLERK | $ | $ | $ |
| Other: LINN CO. DISTRICT COURT CLERK | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: RENEE K. HANRAHAN PC | $ | $ | $ |
| Attorney for Expenses: RENEE K. HANRAHAN PC | $ | $ | $ |
| Accountant for Fees: James T. Brems | $ | $ | $ |
| Other: BANKERS BONDED SERVICES, INC. | $ | $ | $ |
| Other: Jeffrey P. Taylor | $ | $ | $ |
| Other: Jeffrey P. Taylor | $ | $ | $ |

Total to be paid for prior chapter administrative expenses      $_____

Remaining Balance                                               $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Amy Burgess | $ | $ | $ |
| 000016 | JAMES BURGESS | $ | $ | $ |
| 000017 | JAMES ANGERER | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000018A | BRETT EMIG | $ | $ | $ |
| 000019A | TABITHA EMIG | $ | $ | $ |
| 000020 | ANDREA HAMILTON | $ | $ | $ |
| 000025 | James Coover | $ | $ | $ |
| 000026 | Jarrod Miller & Jennifer Miller | $ | $ | $ |
| 000027 | Jim McWhinney | $ | $ | $ |
| 000028 | Roberta Fuchs | $ | $ | $ |
| 000029B | Iowa Department of Revenue | $ | $ | $ |
| 000030B | Iowa Department of Revenue | $ | $ | $ |
| 000033 | Laurie Brown & Jeff McDonald | $ | $ | $ |
| 000034 | Bruce Carder | $ | $ | $ |
| 000035 | Cathy Scott | $ | $ | $ |
| 000036 | Robert Dayton & Janice Hale | $ | $ | $ |
| 000039 | Mike Sheets | $ | $ | $ |
| 000040 | Gwen White and Robert Sorenson | $ | $ | $ |
| 000041 | Jacqueline J Varner | $ | $ | $ |
| 000042 | Anita Palmer | $ | $ | $ |
| 000043 | Michael Mulholland | $ | $ | $ |
| 000044 | Hope Huenefeld | $ | $ | $ |
| 000045 | Julie Draeger | $ | $ | $ |
| 000046 | William E. Kabela | $ | $ | $ |
| 000047 | Melinda Derynck | $ | $ | $ |
| 000048 | Angela Kappeler | $ | $ | $ |
| 000049 | Alexander Ratkewicz | $ | $ | $ |
| 000050 | Janet Haack | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000051 | Ryan Harbaugh | $ | $ | $ |
| 000052 | Linda Hazewinkle | $ | $ | $ |
| 000054 | Kristen O'Brian | $ | $ | $ |
| 000057 | Daniel Grinsell | $ | $ | $ |
| 000058 | Kyle J. Palmersheim | $ | $ | $ |
| 000059 | Anna Ehrman | $ | $ | $ |
| 000061 | Angelica Rubio | $ | $ | $ |
| 000063 | Mindy Balster | $ | $ | $ |
| 000064 | Mark & Kathleen Van Peursem | $ | $ | $ |
| 000065 | Ryan Becker | $ | $ | $ |
| 000066 | Kenneth Morris & Clarice Morris | $ | $ | $ |
| 000069 | Rae Lynn Walters | $ | $ | $ |
| 000070 | Gloria Pledge-Grulkey | $ | $ | $ |
| 000071 | Amanda Tatro & Delbert Parish | $ | $ | $ |
| 000072 | Diana Garrett & Tony Wilson | $ | $ | $ |
| 000073 | Michelle Melton | $ | $ | $ |
| 000074 | Lee A. Babbage | $ | $ | $ |
| 000076 | James & Rene Just | $ | $ | $ |
| 000077 | Jim and Wendy Stivers | $ | $ | $ |
| 000078 | Jeanne Mueller | $ | $ | $ |
| 000079 | Chad Douglas Kinseth | $ | $ | $ |
| 000080 | Andrew & Jessica Galarza | $ | $ | $ |
| 000081 | Debra Henderson | $ | $ | $ |
| 000082 | Deborah & Charles Williams | $ | $ | $ |
| 000083 | Brian Chilton | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000084 | Julia Mikesell | $ | $ | $ |
| 000086 | Jeffrey Jagielski | $ | $ | $ |
| 000087 | Anthony Porch | $ | $ | $ |
| 000088A | Aaron & Janet Choplick | $ | $ | $ |
| 000089 | Jason Pimlott | $ | $ | $ |
| 000090 | Mary Nissen | $ | $ | $ |
| 000091 | Selene Williams | $ | $ | $ |
| 000092 | Daniel Bruck | $ | $ | $ |
| 000093 | Rochelle Johnson & Michael Williams | $ | $ | $ |
| 000094 | Lufaith Robinson | $ | $ | $ |
| 000095 | Takesha & Tamelyn Smith | $ | $ | $ |
| 000096 | Matthew Marx | $ | $ | $ |
| 000098A | Cary Krambeer | $ | $ | $ |
| 000099 | David and Velvet Willadsen | $ | $ | $ |
| 000101 | Kirk Jones & Mary Shephard | $ | $ | $ |
| 000102 | LeDarro Grant | $ | $ | $ |
| 000105 | Valerie Burns | $ | $ | $ |
| 000106 | Felicia D. Hann | $ | $ | $ |
| 000109 | Bridget Sierra | $ | $ | $ |
| 000110 | Alyssa Laures | $ | $ | $ |
| 000112 | Glen Bender | $ | $ | $ |
| 000113 | Glen Bender | $ | $ | $ |
| 000114 | Shawn McNamara | $ | $ | $ |
| 000115 | Michael and Dana Hunter | $ | $ | $ |
| 000116 | Kate Noland | $ | $ | $ |
| 000118 | Wilma Varner | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000120 | Colette Murphy | $ | $ | $ |
| 000121 | Catrina Carney | $ | $ | $ |
| 000122A | Cynthia L. Papesh | $ | $ | $ |
| 000123A | Kim Dietz | $ | $ | $ |
| 000125 | Chasity Longstreet | $ | $ | $ |
| 000126 | Tertius McClain | $ | $ | $ |
| 000127 | Sonya Bosier | $ | $ | $ |
| 000128 | Crystal Hill | $ | $ | $ |
| 000129 | Kimberly S Holst | $ | $ | $ |
| 000130 | Miron Construction Co. Inc. | $ | $ | $ |
| 000131 | Kristen & Dale Roe | $ | $ | $ |
| 000132 | Ethel Capps | $ | $ | $ |
| 000133 | Jeremy Ward | $ | $ | $ |
| 000134 | Melvin (Scott) Capps | $ | $ | $ |
| 000135 | Alyssa Strittmater & Reece VanHauen | $ | $ | $ |
| 000139 | Darren & Tammy Parks | $ | $ | $ |
| 000140 | CINDI PEACOCK | $ | $ | $ |
| 000141A | Tammi Reed | $ | $ | $ |
| 000143 | Nimfa Stewart | $ | $ | $ |
| 000146 | Albert Erwine & Wanda Erwine | $ | $ | $ |
| 000147 | Jazmin Rogel | $ | $ | $ |
| 000148 | Marty Clements | $ | $ | $ |
| 000150 | Pat Walsh | $ | $ | $ |
| 000154A | Jon and Nicole Mahan | $ | $ | $ |
| 000155 | Thomas Lyon | $ | $ | $ |
| 000156 | William Reck | $ | $ | $ |
| 000159 | Sondra Williams | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000160A | SARA HARTWIG | $ | $ | $ |
| 000161 | David and Alexandra Matthews | $ | $ | $ |
| 000163 | Randy Long | $ | $ | $ |
| 000164 | Calvin Tjaden | $ | $ | $ |
| 000169 | Edward Kouba | $ | $ | $ |
| 000170 | Delores Wilson & Michael Boyd | $ | $ | $ |
| 000171 | Iowa WorkForce Development | $ | $ | $ |
| 000172 | Brandon Hamilton | $ | $ | $ |
| 000173 | GARY WILLIAMS | $ | $ | $ |
| 000174A | DIANE MOELLER | $ | $ | $ |
| 000180 | Amber Becker | $ | $ | $ |
| 000181 | Dorlisa Smith | $ | $ | $ |
| 000182 | Ron Ellis | $ | $ | $ |
| 000183 | Kenneth & Sheila Walker | $ | $ | $ |
| 000184 | Marques Maryland | $ | $ | $ |
| 000185 | Todd Lewis | $ | $ | $ |
| 000188 | Jennifer Clark | $ | $ | $ |
| 000190 | Melissa Reel & Dustin Mason | $ | $ | $ |
| 000192 | Aaron & Tracy Moffett | $ | $ | $ |
| 000193 | Matthew Lint | $ | $ | $ |
| 000194 | City of Marion | $ | $ | $ |
| 000195 | Charlene Fortner | $ | $ | $ |
| 000196 | Brittany Mitchell | $ | $ | $ |
| 000197 | Chris Olson | $ | $ | $ |
| 000199 | Nikki & David Tvedt | $ | $ | $ |
| 000201 | Daniel Osborn | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000202 | Steven and Amy Fellows | $ | $ | $ |
| 000204 | Steven Krizek | $ | $ | $ |
| 000205 | Louise Gunn White | $ | $ | $ |
| 000207A | Jenny and Dijuane Townsend | $ | $ | $ |
| 000208 | Charles M. Williams | $ | $ | $ |
| 000209 | Jonathon Gregg | $ | $ | $ |
| 000211 | Penny Pash | $ | $ | $ |
| 000212 | Marc Motzer | $ | $ | $ |
| 000213 | Steve Godber / Cathy Peters | $ | $ | $ |
| 000215 | Annette Hunt | $ | $ | $ |
| 000217 | James Donaldson | $ | $ | $ |
| 000219 | Mike Mitchel Crist | $ | $ | $ |
| 000220 | Lorraine Hartkemeyer & Johnny Angsouvan | $ | $ | $ |
| 000222 | Maureen M. Montes / Julius J. Keopp | $ | $ | $ |
| 000223 | Nicole Casteel | $ | $ | $ |
| 000225 | Randy & Karen Bramow | $ | $ | $ |
| 000226 | Matthew R. Carr | $ | $ | $ |
| 000227 | Bruce Thomas | $ | $ | $ |
| 000229 | Rosalie Straschien | $ | $ | $ |
| 000231 | Kelsey Hallowell | $ | $ | $ |
| 000160B | SARA HARTWIG | $ | $ | $ |
| 000174B | DIANE MOELLER | $ | $ | $ |
| 000232 | United States Trustee | $ | $ | $ |
| 000233 | Chad Mensen | $ | $ | $ |
| 000235 | Jeffrey Fitch | $ | $ | $ |
| 000234 | Shane & Angi Hanson | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000236 | Christine L Michalec | $ | $ | $ |
| 000237 | Josh Merta | $ | $ | $ |
| 000238 | Virginia Stroschein | $ | $ | $ |
| 000239 | Debbie Morgan | $ | $ | $ |
| 000240 | Mike McMurrin | $ | $ | $ |
| 000241 | Mike Dricken | $ | $ | $ |
| 000243 | Bruce Carder | $ | $ | $ |
| 000244 | John Hickok | $ | $ | $ |
| 000245 | Marilyn A. Miell | $ | $ | $ |
| 000246 | Marilyn A. Miell | $ | $ | $ |
| 000248 | Kristi Shaffer | $ | $ | $ |
| 000249 | David M McCoy | $ | $ | $ |
| 000250 | Jason Clausen | $ | $ | $ |
| AUTO | Internal Revenue Service | $ | $ | $ |
| AUTO | Internal Revenue Service | $ | $ | $ |
| 000251A | Iowa Department of Revenue | $ | $ | $ |
| 000255 | Dave Techau | $ | $ | $ |
| 000256A | CINDI PEACOCK | $ | $ | $ |
| 000256B | CINDI PEACOCK | $ | $ | $ |
| 000257 | Jenny Barker | $ | $ | $ |
| 000258A | Phillip Eggers | $ | $ | $ |
| 000261 | Balleria Longstreet & Kristi Longstreet | $ | $ | $ |
| 000263 | Elva Hernandez | $ | $ | $ |
| 000265 | Jessica Hatfield | $ | $ | $ |
| 000279 | Koch & Company Realtors | $ | $ | $ |
| 000271A | Internal Revenue Service | $ | $ | $ |
| 000272 | Juli Schoff | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000276 | Koch & Company Realtors | $ | $ | $ |
| 000277 | Koch & Company Realtors | $ | $ | $ |
| 000278 | Koch & Company Realtors | $ | $ | $ |
| 000283 | Tristan Hermanson | $ | $ | $ |

Total to be paid to priority creditors         $_____

Remaining Balance                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Wells Fargo Bank, N.A. | $ | $ | $ |
| 000002 | Wells Fargo Bank, N.A. | $ | $ | $ |
| 000003 | Wells Fargo Bank, N.A. | $ | $ | $ |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 000005 | DISCOVER BANK | $ | $ | $ |
| 000011 | John's Lock & Key | $ | $ | $ |
| 000014 | Gazzette Communications, Inc. | $ | $ | $ |
| 000021 | Carver Ace Hardware | $ | $ | $ |
| 000024 | Marilyn Miell | $ | $ | $ |
| 000029A | Iowa Department of Revenue | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030A | Iowa Department of Revenue | $ | $ | $ |
| 000032 | Antoinette N. Kunde | $ | $ | $ |
| 000055 | CHASE BANK USA | $ | $ | $ |
| 000056 | CHASE BANK USA | $ | $ | $ |
| 000060 | Hawkeye Fire & Safety Company | $ | $ | $ |
| 000075 | Simmons Perrine Moyer Bergman PLC | $ | $ | $ |
| 000107 | Arthurs Appraisal Services | $ | $ | $ |
| 000108 | Arthurs Construction | $ | $ | $ |
| 000117 | Bonnie Burlingame | $ | $ | $ |
| 000124 | TABITHA EMIG | $ | $ | $ |
| 000142 | Cedar Rapids Association of Realtors | $ | $ | $ |
| 000151 | Plumb Supply Company | $ | $ | $ |
| 000158 | Plaza One Realty Co. | $ | $ | $ |
| 000168 | Gary L. Holsinger & Sherry Holsinger | $ | $ | $ |
| 000175 | Ohnward Bank & Trust, fka USSB | $ | $ | $ |
| 000176 | First Federal Credit Union | $ | $ | $ |
| 000186 | Day Rettig Peiffer, P.C. | $ | $ | $ |
| 000189 | Pitney Bowes Inc | $ | $ | $ |
| 000203 | Mike Bonwell | $ | $ | $ |
| 000206 | Gary Wasendorf | $ | $ | $ |
| 000210 | HSBC Bank Nevada, N.A. | $ | $ | $ |
| 000218 | Collins Community Credit Union | $ | $ | $ |
| 000088B | Aaron & Janet Choplick | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000123B | Kim Dietz | $ | $ | $ |
| 000141B | Tammi Reed | $ | $ | $ |
| 000154B | Jon & Nicole Mahon | $ | $ | $ |
| 000207B | Jenny And Dijuane Townsend | $ | $ | $ |
| 000230 | City of Cedar Rapids | $ | $ | $ |
| 000289 | Beverly Dittmar | $ | $ | $ |
| 000098B | Cary Krambeer | $ | $ | $ |
| 000122B | Cynthia L. papesh | $ | $ | $ |
| 000157B | Gary E VanCura | $ | $ | $ |
| 000290 | US Department of HUD | $ | $ | $ |
| 000251B | Iowa Department of Revenue | $ | $ | $ |
| 000018B | BRETT EMIG | $ | $ | $ |
| 000019B | TABITHA EMIG | $ | $ | $ |
| 000258B | Phillip Eggers | $ | $ | $ |
| 000260 | Bank of the West | $ | $ | $ |
| 000262B | Center Pt CR ACE Hardware | $ | $ | $ |
| 000264 | Luana Savings Bank | $ | $ | $ |
| 000266 | FIA Card Services NA | $ | $ | $ |
| 000267 | FIA Card Services NA | $ | $ | $ |
| 000269 | Gazette Communications Inc | $ | $ | $ |
| 000271B | Internal Revenue Service | $ | $ | $ |
| 000274 | Kent L. Willer | $ | $ | $ |
| 000285 | June Miell Locke & Robert V. Locke | $ | $ | $ |
| 000256C | Cindi Peacock | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

UST Form 101-7-NFR (5/1/2011) *(Page: 15)*

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000288 | Ian Martin 10738-029, 202 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance                                            $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Renee K. Hanrahan
Chapter 7 Trustee

*Renee K. Hanrahan*
*P.O. Box 1088*
*Cedar Rapids, IA 52406-1088*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.